IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER T. JACKSON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>D. BRIGHT, et al.,<br><br>　　　　Defendants.<br>_____ / | No. C 13-00130 YGR (PR)<br><br>**ORDER OF DISMISSAL** |

This action was opened in error when the Court received documents in two separate envelopes from Plaintiff that were intended to be filed in a single action. Two different actions were opened, although only one action should have been opened. The document in Case No. C 13-00130 SBA (PR) is a copy of the document filed in Case No. C 12-6020 YGR (PR). This action is DISMISSED because it was opened in error. The *in forma pauperis* application is DENIED as moot. No filing fee is due. The Clerk of the Court shall close the file.

IT IS SO ORDERED.

DATED: February 19, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

G:\PRO-SE\YGR\CR.13\Jackson0130.DISM(error).wpd